1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8
9

Christian Mok,

No. CV 22-01257 PHX CDB

10

Plaintiff,

**ORDER**

11

v.

12

Ross Dress for Less Incorporated,

13

Defendant.

14
15

All of the parties have consented to the exercise of magistrate judge jurisdiction

16

over this matter, including the entry of final judgment. (ECF No. 15).

17

Pursuant to the stipulation of dismissal at ECF No. 12,

18

**IT IS HEREBY ORDERED that** this matter is **dismissed with prejudice**, with

19

each party to bear their own costs and attorneys' fees.

20

Dated this 30th day of September, 2022.

21
22
23
24
25

Camille D. Bibles

26

United States Magistrate Judge

27
28